## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

NICHOLAS FRANCIS JUSTIN,

Defendant.

Case No. 25-cr-54 (LMP/LIB)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

Timothy Campbell Warner, **United States Attorney's Office, Minneapolis, MN**, for the United States of America.

Matthew Deates, **Office of the Federal Defender, Minneapolis, MN**, for Defendant.

Defendant Nicholas Francis Justin ("Justin") is charged with felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8). *See* ECF No. 1. Justin moved to dismiss the indictment, arguing that the felon-in-possession charge against him is unconstitutional under the Second Amendment. ECF No. 28. Justin candidly recognizes that his argument is foreclosed by binding Eighth Circuit precedent, but he nonetheless filed a motion to dismiss "to preserve the issue for further review." *Id.* at 1.

On August 13, 2025, United States Magistrate Judge Leo I. Brisbois issued a Report and Recommendation ("R&R") applying that Eighth Circuit precedent and recommending denial of Justin's motion. ECF No. 38. Justin objects to the R&R, noting that although "his arguments for dismissal are foreclosed by current Eighth Circuit precedent," he objects to the R&R "to preserve the issue for further appellate review." ECF No. 39 at 1.

If a party timely raises objections to a magistrate judge's recommended disposition of a dispositive motion, the presiding district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*

Here, the R&R faithfully applies binding Eighth Circuit precedent, which holds that even in the wake of recent Second Amendment decisions from the Supreme Court, laws like 18 U.S.C. § 922(g)(1) that disqualify felons from possessing firearms are constitutional. *See United States v. Jackson*, 110 F.4th 1120, 1129 (8th Cir. 2024). Justin does not dispute this current state of the law. This Court must therefore apply *Jackson* and deny Justin's motion to dismiss. *See Hood v. United States*, 342 F.3d 861, 864 (8th Cir. 2003) (explaining that district courts are bound "to apply the precedent of this Circuit").

## ORDER

Based on the foregoing, and on all the files, records, and proceedings in this matter,

**IT IS HEREBY ORDERED** that:

1. Justin's Objections to the R&R (ECF No. 39) are **OVERRULED**;

2. The R&R (ECF No. 38) is **ADOPTED** in full; and

3. Justin's Motion to Dismiss the Indictment (ECF No. 28) is **DENIED**.

Dated: October 14, 2025

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge